JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MILLER, | Case No.:  CV16-01652-ODW(MRWx) |
| Plaintiff, | Hon. Otis D. Wright II |
| v. | **ORDER RE: STIPULATION AND REQUEST FOR DISMISSAL** |
| WILSHIRE INSURANCE COMPANY; and DOES 1-50, inclusive, | |
| Defendants. | |

**GOOD CAUSE APPEARING THEREFOR IN THE STIPULATION OF THE PARTIES:**

**IT IS HEREBY ORDERED** that this litigation is dismissed with prejudice.  Each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: July 20, 2016

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

LA# 151924 (11426-1)

1